MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3924
  Fax: (510) 637-3724
  E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00712 DLJ |
| ) | |
| Plaintiff, ) | ORDER EXCLUDING TIME PURSUANT |
| ) | TO THE SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| SRINIVASA RAO CHENNUPATI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     Defendant Srinivasa Chennupati made an initial appearance before the Court on October 5, 2010.  With the agreement of the parties, and with the consent of Defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from October 5, 2010 to October 19, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    The Court made an initial determination that Defendant did not qualify for court appointed counsel.  Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that Defendant, with the assistance of defense counsel, would have additional time to seek retained counsel prior to the next scheduled Court appearance, taking into account the exercise of due diligence.

ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 5, 2010 to October 19, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for Defendant to have continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of Defendant Srinivasa Chennupati, the period from October 5, 2010 to October 19, 2010 is excluded from the Speedy Trial Act calculations for defense continuity of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 6, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

/s/
ANGELA HANSEN
Counsel for Defendant Srinivasa Chennupati

ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
2